RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 12-3-07

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAKE CHARLES DIVISION

| | |
|---|---|
| Corey Darnell McKay #326162 | Civil Action No. 07-1642 |
| versus | Judge Tucker L. Melançon |
| Warden Terry Terrell, et al | Magistrate Judge Methvin |

## JUDGMENT

This matter was referred to United States Magistrate Judge Mildred E. Methvin for Report and Recommendation. [Doc. 5]. No objections have been filed. After an independent review of the record, the Court concludes that the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein. Accordingly, **it is**

**ORDERED** that plaintiff's civil rights complaint be hereby dismissed with prejudice as frivolous and for failing to state a claim on which relief may be granted pursuant to the provisions of 28 U.S.C §1915(e)(2)(B)(i) and (ii). **IT IS**

**ALSO ORDERED** that plaintiff's request for transfer be denied. **IT IS**

**FURTHER ORDERED** that plaintiff's motion for outside medical treatment [Doc.4] be denied.

Thus done and signed this 30th day of November, 2007, at Lafayette, Louisiana.

Tucker L. Melançon
United States District Judge